# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff(s):** CHICAGO TILE INSTITUTE WELFARE PLAN, et. al. | **Defendant(s):** SHAMROCK TILE & MARBLE, LLC., et. al. |
| County of Residence: COOK | County of Residence: |
| Plaintiff's Atty: MICHAEL J. MCGUIRE<br>Gregorio & Associates<br>2 N. LaSalle, Suite 1650,<br>Chicago, IL 60602<br>312-263-2343 | Defendant's Atty: |

FILED
JUNE 2, 2008      YM
08CV3152
JUDGE LEINENWEBER
MAGISTRATE JUDGE BROWN

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties**
**(Diversity Cases Only)**
  Plaintiff:-N/A
  Defendant:-N/A

**IV. Origin:** 1. Original Proceeding

**V. Nature of Suit:** 791 E.R.I.S.A

**VI. Cause of Action:** ERISA and 29 U.S.C. 1132 and 185

**VII. Requested in Complaint**
  Class Action: No
  Dollar Demand:
  Jury Demand: No

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** s/ Michael J. McGuire
**Date:** June 2, 2008