UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# 08 C 3152

## SUMMONS IN A CIVIL CASE

CHICAGO TILE INSTITUTE WELFARE PLAN, et al.

Docket Number~

Assigned Judge:

v.

Designated Magistrate Judge:   JUDGE LEINENWEBER
MAGISTRATE JUDGE BROWN

SHAMROCK TILE & MARBLE, LLC., et al.

TO: (Name and address of defendant)

Shamrock Tile & Marble, LLC.
Mr. John H. Barrett Registered Agent
537 West 44th Place
Chicago, IL 60609

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael 1. McGuire
Gregorio & Associates
2 North LaSalle Street, Suite 1650
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

Date

-----------------------------
(By) DEPUTY CLERK

June 2, 2008

Date



ClientCaseID:  
Law Firm ID: GREGORIO



CaseReturnDate: 7/3/08

Affidavit of Special Process Server

# UNITED STATES DISTRICT COURT

Case Number 08CV3152

I, LARRY E. BIELA

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT SHAMROCK TILE & MARBLE, LLC
PERSON SERVED JOHN BARRETT, AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 6/22/08

That the sex, race and approximate age of the person whom I left the SUMMONS AND COMPLAINT are as follow:

Sex MALE   Race WHITE   Age 40
Height 5'11"   Build MEDIUM   Hair BROWN

LOCATION OF SERVICE 703 SERENDIPITY
AURORA, IL. 60504

Date Of Service 6/22/08   Time of Service 10:13 AM

LARRY E. BIELA   6/23/2008
Special Process Server
P.E.R.C. #129-215788

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code Of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.